JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARTUR ZAKARYAN, | CASE NUMBER: |
|---|---|
| PLAINTIFF | CV 25-00143 FMO (AGRx) |
| v. | |
| MERCEDES-BENZ USA, LLC, et al. | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on May 30, 2025 as docket number 15 (the "Offer of Judgment"), judgment is hereby entered for

Artur Zakaryan

and against

Mercedes-Benz USA, LLC

according to the terms set forth in the Offer of Judgment.

Date: June 18, 2025    By: /s/ Fernando M. Olguin
United States District Judge